```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

LEONILA NUNEZ,

                    Plaintiff(s),

    - against -                          Case No. 07 CIV 3795

UNITED STATES OF AMERICA, UNITED STATES
DISTRICT COURT PROB, UNITED STATES
DISTRICT COURT PROB. and E.D. WARD-CUPRIL,

                    Defendant(s).

- - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK  )
                   ) ss.
COUNTY OF NEW YORK )
```

HAROLD CHETRICK, being duly sworn, deposes and says:

1. That I am an attorney at law, having offices at 60 East 42nd Street, New York, NY 10165-0445.

2. That on the 11th day of June, 2007, at 10:30 a.m. at 86 Chambers Street, 3rd Floor, New York, NY 10007, a true copy of the Summons and Verified Complaint was served upon defendant, UNITED STATES DISTRICT COURT PROB, by delivering and leaving a true copy of the aforementioned documents with Aretha Childs, authorized to accept a true copy of each on behalf of the defendant, and a person of suitable age and discretion.

3. That hereto is attached a true copy of the affidavit of service by David Goldberg, attesting to service upon the defendant, UNITED STATES DISTRICT COURT PROB.

HAROLD CHETRICK

Sworn to before me this
18th day of June, 2007

FORM C9B
1HC873118 – HAROLD CHETRICK ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

| | |
|---|---|
| LEONILA NUNEZ, | Index No: **07 CIV 3795** |
| PLAINTIFF | Date Filed: **05/15/2007** |
| – vs. – | Office No: |
| | Court Date: |
| UNITED STATES OF AMERICA ET AL, | |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/11/2007** at **10:30AM** at **86 CHAMBERS STREET 3RD FLOOR , NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT** upon **UNITED STATES DISTRICT COURT PROB.** the **DEFENDANT** therein named by delivering to, and leaving personally with **ARETHA CHILDS, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **30** | APP. HT: **5'3** | APP. WT: **130** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **06/12/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML