FORM C9B
1HC873119 – HAROLD CHETRICK ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

----------------------------------------
LEONILA NUNEZ,

    PLAINTIFF
  – vs. –

UNITED STATES OF AMERICA ET AL,

    DEFENDANT
----------------------------------------

Index No: **07 CIV 3795**
Date Filed: **05/15/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/11/2007** at **10:30AM** at **86 CHAMBERS STREET 3RD FLOOR , NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT** upon UNITED STATES DISTRICT COURT PROBATION the **DEFENDANT** therein named by delivering to, and leaving personally with **ARETHA CHILDS, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **30** | APP. HT: **5'3** | APP. WT: **130** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **06/12/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML