

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 2, 2007

**BY FAX**
The Honorable Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Telephone: 212.805.0256
Facsimile: 212.805.7948

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

Re:    *Nunez v. United States of America*, 07 Civ. 3795 (RJH)

Dear Judge Holwell:

I write respectfully to request an extension of the Government's time to answer the complaint in the above-referenced matter until Friday August 31, 2007. The current due date for the Government's answer is August 10, 2007. The Government seeks this extension of time in order to more fully investigate the events alleged in the complaint. This is the Government's first request for an extension. Plaintiff's counsel, Harold Chetrick, has consented to this request.

*Application Granted*
*SO ORDERED*

[signature]
USDJ
8/8/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
john.clopper@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```