USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9 12 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
LEONILA  NUNEZ,                                            :        07 Civ. 03795 (RJH)
                                                           :
                         Plaintiff,                        :
                                                           :
          -against-                                        :        **ORDER**
                                                           :
UNITED STATES of AMERICA , et al,                          :
                                                           :
                                                           :
                         Defendant.                        :
                                                           :
-----------------------------------------------------------x


The pretrial conference scheduled for September 14, 2007 is rescheduled to

October 05, 2007, at 09:30 a.m.,  in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.



Dated: New York, New York
September 11, 2007
SO  ORDERED:

                                                   _____
                                                   Richard  J. Holwell
                                                   United States District Judge