UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

------------------------------------------------------------x

LEONILA NUNEZ,         :      07 Civ. 03795 (RJH)
              :
       Plaintiff,      :
              :
   -against-          :      **ORDER**
              :
UNITED STATES of AMERICA,  :
              :
       Defendant.      :
              :
------------------------------------------------------------x

The pre-trial conference scheduled for January 18, 2008 is rescheduled to March 14, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge